HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALAN ANTHONEE AMEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff,*<br><br>     v.<br><br>ALAN ANTHONEE AMEY,<br><br>              *Defendant.* | Case No. 1:15-cr-00009-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   June 27, 2016<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference currently scheduled for May 16, 2016 may be continued to **June 27, 2016, at 10:00 a.m.**

The parties have been attempting to resolve this matter and while progress is being made, both believe further investigation is required before an appropriate settlement can be reached. In the event the parties fail to reach an agreement, it is anticipated that a trial date will be requested at the next status conference.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice, and for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

//


BENJAMIN B. WAGNER  
United States Attorney

DATED: May 11, 2016            By    */s/ Laurel J. Montoya*  
                                     LAUREL J. MONTOYA  
                                     Assistant United States Attorney  
                                     Attorneys for Plaintiff

HEATHER E. WILLIAMS  
Federal Defender

DATED: May 11, 2016            By    */s/ Eric V. Kersten*  
                                     ERIC V. KERSTEN  
                                     Assistant Federal Defender  
                                     Attorneys for Defendant  
                                     ALAN ANTHONEE AMEY

## ORDER

The Detention Hearing as to the above named defendant currently scheduled for May 16, 2016, is continued to June 27, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. Time shall be excluded in the interests of justice, and for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 11, 2016**                    /s/ Dale A. Drozd  
                                              UNITED STATES DISTRICT JUDGE