McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE; AND ORDER |
| v. | |
| ALAN ANTHONEE AMEY, | DATE: September 9, 2020
TIME: 2 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

This case is set for status conference on September 9, 2020. The parties are requesting to continue this matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 9, 2020.

2. By this stipulation, defendants and government now move to continue the status conference until October 27, 2020 at 2:00 p.m. before the duty magistrate.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. There may be additional discovery and the government is in the process of making that

determination.

b) Counsel for defendant needs time to review the discovery previously provided and conduct investigation.

c) The defendant currently has charges pending in state court and this supervised release violation is not in a position to resolve until those pending criminal charges are resolved.

d) The defendant and the government agree and stipulate to the requested date.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and representation, taking into account the exercise of due diligence.

f) In addition to the public health concerns cited by General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because Counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal contact should the hearing proceed.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.

Dated:  September 4, 2020         McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ LAUREL J. MONTOYA
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney

Dated:  September 4, 2020         /s/ ERIC V. KERSTEN
                                  ERIC V. KERSTEN
                                  Counsel for Defendant
                                  ALAN ANTHONEE AMEY

**ORDER**

IT IS SO FOUND AND ORDERED.  The status conference in this matter be continued from September 9, 2020 at 2:00 pm to **October 27, 2020 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **September 4, 2020**              /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE