MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN ANTHONEE AMEY,<br><br>Defendant. | CASE NO.  1:15-CR-00009-DAD-BAM<br><br>STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE; ORDER<br><br>DATE: October 27, 2020<br>TIME: 2 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference on October 27, 2020.  The parties are requesting to continue this matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 27, 2020.

2. By this stipulation, defendants and government now move to continue the status conference until December 7, 2020 at 2:00 p.m. before the duty magistrate.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.  There may be additional discovery and the government is in the process of making that

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  determination.

2        b)    Counsel for defendant needs time to review the discovery previously provided
3  and conduct investigation.

4        c)    The defendant currently has charges pending in state court and this supervised
5  release violation is not in a position to resolve until those pending criminal charges are resolved.

6        d)    Defendant is in custody on state charges and will likely not be available for his
7  hearing on October 27, 2020.  A Federal hold is in place as well.

8        e)    The defendant and the government agree and stipulate to the requested date.

9        f)    Counsel for defendant believes that failure to grant the above-requested
10 continuance would deny him/her the reasonable time necessary for effective preparation and
11 representation, taking into account the exercise of due diligence.

12       g)    In addition to the public health concerns cited by General Order 611 and
13 presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in
14 this case because Counsel or other relevant individuals have been encouraged to telework and
15 minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal
16 contact should the hearing proceed.

17       h)    Based on the above-stated findings, the ends of justice served by continuing the
18 case as requested outweigh the interest of the public and the defendant.

19 IT IS SO STIPULATED.

20

21 Dated:  October 26, 2020                                  McGREGOR W. SCOTT
22                                                                 United States Attorney

23                                                                 /s/ LAUREL J. MONTOYA
24                                                                 LAUREL J. MONTOYA
                                                                Assistant United States Attorney
25

26 Dated:  October 26, 2020                                  /s/ ERIC V. KERSTEN
27                                                                  ERIC V. KERSTEN
                                                                Counsel for Defendant
28                                                                 ALAN ANTHONEE AMEY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.  The status conference in this matter be continued to **December 7, 2020 at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

Dated:   **October 26, 2020**            /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE