McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE; AND ORDER |
| v. | |
| ALAN ANTHONEE AMEY, | DATE: January 25, 2021
TIME: 2 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

This case is set for status conference on January 25, 2021. The parties are requesting to continue this matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 25, 2021.

2. By this stipulation, defendants and government now move to continue the status conference until February 8, 2021 at 2:00 p.m. before the duty magistrate.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. There may be additional discovery and the government is in the process of making that

determination.

  b) Counsel for defendant needs time to review the discovery previously provided and conduct investigation.

  c) The defendant currently has charges pending in state court and this supervised release violation is not in a position to resolve until those pending criminal charges are resolved.

  d) Defendant is in custody on state charges and will likely not be available for his hearing on January 25, 2021 although the docket shows he appeared and was detained by the Hon. Stanley A. Boone.  A Federal hold is in place as well.

  e) The defendant and the government agree and stipulate to the requested date.

  f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and representation, taking into account the exercise of due diligence.

  g) In addition to the public health concerns cited by General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because Counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal contact should the hearing proceed.

  h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.

Dated: January 21, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  January 21, 2021                  /s/ ERIC V. KERSTEN
                                                ERIC V. KERSTEN
                                                Counsel for Defendant
                                                ALAN ANTHONEE AMEY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.  The status conference in this matter be continued from January 25, 2021 to **February 8, 2021 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **January 21, 2021**            /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE