McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00009-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE; ORDER |
| v. | |
| ALAN ANTHONEE AMEY, | DATE: February 12, 2021 TIME: 2 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

This case is set for status conference on February 12, 2021.  The parties are requesting to continue this matter.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 12, 2021.

2.      By this stipulation, defendants and government now move to continue the status conference until February 26, 2021 at 2:00 p.m. before the duty magistrate.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.  There may be additional discovery and the government is in the process of making that

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

determination.

b)      Counsel for defendant needs time to review the discovery previously provided and conduct investigation.

c)      The defendant currently has charges pending in state court and this supervised release violation is not in a position to resolve until those pending criminal charges are resolved.

d)      Defendant is in custody on state charges and was not available for his hearing on February 8, 2021 although the docket shows he appeared and was detained by the Hon. Stanley A. Boone.  A Federal hold is in place as well.

e)      The defendant and the government agree and stipulate to the requested date.

f)      The briefing ordered by the Court in advance of the hearing shall be suspended pending further discussions between the parties.

g)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and representation, taking into account the exercise of due diligence.

h)      In addition to the public health concerns cited by General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because Counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal contact should the hearing proceed.

i)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.


Dated:  February 9, 2021                    McGREGOR W. SCOTT
                                            United States Attorney


                                             /s/ LAUREL J. MONTOYA
                                            LAUREL J. MONTOYA
                                            Assistant United States Attorney

Dated:  February 9, 2021

/s/ ERIC V. KERSTEN
ERIC V. KERSTEN
Counsel for Defendant
ALAN ANTHONEE AMEY

**FINDINGS AND ORDER**

Pursuant to the parties' Stipulation, the status conference in this matter be continued to February 26, 2021, at 2:00 p.m. before the duty magistrate.

IT IS SO ORDERED.

Dated:   **February 9, 2021**                          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE