IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                CR NO: 1:15-CR-00009-DAD-BAM

**ALAN ANTHONEE AMEY**

           Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Alan Anthonee Amey
Detained at: Fresno County Jail

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: Supervised Release Violation Petition
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary February 26, 2021 at 2PM before Hon. Stanley A. Boone in the Eastern District of California.*

Signature: [signed]
Printed Name & Phone No: Laurel J. Montoya 559-286-5823
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on February 26, 2021 at 2PM**, and ~~any further~~ proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 25, 2021**

[signed]
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male    ☐ Female |
| Booking or CDC #: | DOB: |
| Facility Address: Fresno, CA | Race: |
| Facility Phone: | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on: _____

          (signature)