**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                      CR NO: 1:15-CR-00009-DAD-BAM

**ALAN ANTHONEE AMEY**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Alan Anthonee Amey

Detained at            Fresno County Jail

Detainee is:      a.)   ☒ charged in this district by:   ☐ Indictment ☐ Information ☐ Complaint
                           charging detainee with:   Supervised Release Violation Petition
          or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
          or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                           is currently being served at the detaining facility

*Appearance is necessary March 22, 2021 at 2PM before Hon. Erica P. Grosjean in the Eastern District of California.*

Signature:

Printed Name & Phone No:         Laurel J. Montoya 559-286-5823

Attorney of Record for:            United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on March 22, 2021 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   _3/18/21_

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #:   _____              ☒Male   ☐Female

Facility Address:   Fresno, CA                                      DOB:   _____

Facility Phone:   _____                 Race:   _____

Currently                                                                 FBI#:   _____

## RETURN OF SERVICE

Executed on:   _____

(signature)